UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD DODD,  )<br>  )<br>   Petitioner, )<br>v.        ) No. 1:06-CV-650-DFH-TAB<br>  )<br>STANLEY KNIGHT, )<br>  )<br>   Respondent. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date:  12/20/2006

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Stephanie Lynn Rothenberg
INDIANA STATE ATTORNEY GENERAL
Stephanie.Rothenberg@atg.in.gov

Richard Dodd
DOC #912869
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064